# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 08-CV-02601-CM-DJW

**Plaintiff:**
**Himoinsa Power Systems, Inc. and Himoinsa S.L.,**

vs.

**Defendant:**
**Power Link Machine Co., Ltd.,**

For:
Eric Steen
Intellectual Property Center, LLC
9233 Ward Parkway
Suite 100
Kansas City, MO 64114

Received by ATTORNEYS LEGAL SERVICES, INC. on the 3rd day of December, 2008 at 1:02 pm to be served on POWER LINK MACHINE CO., LTD., No. 576 Guanghua Rd., Xiaokunshan Shanghai China.

I, Travis J. Foster, being duly sworn, depose and say that on the 3rd day of December, 2008 at 2:53 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PATRICK WANG** as **REPRESENTATIVE/PROFESSIONAL COURTESY** for **POWER LINK MACHINE CO., LTD.**, at the address of: **Orange County Convention Center, 9899 International Drive, Booth 4469, Orlando, FL 32819**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
When we approached the booth we asked for Yabin Zhang or a representative of corporation and all the gentleman turned there name tags around so we could not read and was told to come back tomorrow. We then spoke to our contact in Orlando, Jack Harris from Himoinsa USA, Inc., who pointed out Patrick Wang who's name tag he saw early. We asked if he was Patrick Wang he stated in very good english "yes", a representative for company, stated "yes". Sheriff appointed process server Travis J. Foster then handed papers to him and he accepted in hand. Patrick Wang spoke very good english and understood what we were serving him. Patrick Wang name tag was obsered at time of service which said Patrick Wang

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: Asian, Height: 5/9, Weight: 175, Hair: Black, Glasses: Y

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Travis J. Foster
7793

Subscribed and Sworn to before me on the 9th day of February, 2009 by the affiant who is personally known to me.

NOTARY PUBLIC

KAREN C. BRAUN
MY COMMISSION # DD742852
EXPIRES December 17, 2011

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: 2008016894

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3f