# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of KANSAS

Case Number: 08-CV-02601-CM-DJW

Plaintiff:
**HIMOINSA POWER SYSTEMS, INC. and HIMOINSA S.L.**

vs.

Defendant:
**POWER LINK MACHINE CO., LTD.**

For:
Arthur K. Schaffer, #20609
INTELLECTUAL PROPERTY CENTER, LLC
9233 Ward Parkway, Suite 100
Kansas City, MO  64114

Received by J.M. KELLEY INVESTIGATIVE SERVICES, INC. on the 3rd day of December, 2008 at 12:01 pm to be served on **POWER LINK MACHINE CO., LTD. C/O HAN SOM, REGIONAL SALES MANAGER, ORANGE COUNTY CONVENTION CENTER, 9800 INTERNATIONAL DRIVE, BOOTH 4469, ORLANDO, FL 32819**.

I, Scott D. Vaughn, being duly sworn, depose and say that on the **4th day of December, 2008** at **10:45 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **HAN SOM** as **REGIONAL SALES MANAGER** for **POWER LINK MACHINE CO., LTD. C/O HAN SOM, REGIONAL SALES MANAGER**, at the address of: **ORANGE COUNTY CONVENTION CENTER, 9800 INTERNATIONAL DRIVE, BOOTH 4469, ORLANDO, FL 32819**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
HAN SOM WAS POINTED OUT AND IDENTIFIED TO ME BY A GENTLEMEN BY THE NAME OF MR. MCMULLIN. HAN SOM INTRODUCED HIMSELF IN FRONT OF ME TO AN ATTENDEE AT THE CONVENTION CENTER. AFTER SERVING THE PAPERS TO HIM, HE CLAIMED TO NOT BE HAN SOM. HE SET THE PAPERWORK DOWN ON A GENERATOR AND SAID "FINE". I INFORMED HIM THAT HE WAS SERVED AND OBLIGATED TO FOLLOW THE INSTRUCTIONS ON THE DOCUMENT.

I am over the age of 18 and have no interest in the above action.

Scott D. Vaughn
Process Server

Subscribed and Sworn to before me on the 5th day of December, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Megan R. Iwan
COMMISSION # DD815797
EXPIRES: AUG. 19, 2012
WWW.AARONNOTARY.com

J.M. KELLEY INVESTIGATIVE SERVICES, INC.
P.O. Box 608082
Orlando, FL  32860-8082
(407) 893-9855

Our Job Serial Number: 2008002372

Service Fee: $100.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u