## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| Himoinsa Power Systems, Inc. | ) | |
| and | ) | |
| HIMOINSA S.L. | ) | |
| Plaintiffs, | ) | Civil Action No.: 08-CV-2601-CM-DJW |
| v. | ) | |
| Power Link Machine Co., Ltd. | ) | |
| Defendant. | ) | |

### PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs (hereinafter "Defendant" and/or "HIMOINSA"), by and through its undersigned counsel, opposes Defendant's Motion to Dismiss for the reasons that: (1) Service of Process was Proper for a non-state defendant (2) Jurisdiction in this Court is proper in that defendant has sufficient contacts with the US as a whole to satisfy FRCP 4 and the due process clause, and (3) As pled, Plaintiff's cause of action for federal trademark infringement, federal unfair competition, common law trademark infringement, unfair competition and trade dress infringement are sufficient to state cause of action. Plaintiff refers to and incorporates the Suggestions in Support of its Opposition to Defendant's Motion filed contemporaneously herein along with its original complaint filed in this action. Wherefore, plaintiffs pray that Defendant's Motion to Dismiss be denied and for any such further relief as this court deems is just and equitable.

Respectfully submitted,

By:/s/Arthur K. Shaffer
Arthur K. Shaffer    KS #20609
INTELLECTUAL PROPERTY CENTER, LLC
9233 Ward Parkway, Suite 100
Kansas City, MO 64114
Telephone: 816-363-1555

Facsimile:  816-363-1201

Attorneys for Defendants
BIG RIG DOWN, LLC
AMY LYNN TURNER, and
DEBBIE TURNER

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David A. Lunceford
201 NE 1st Street
Lee's Summit, MO  64063

Catherine F. Hoffman
Gregory L. Mayback
Mayback & Hoffman, P.A.
5722 S. Flamingo Rd. #232
Ft. Lauderdale, FL  33330

Attorneys for Defendant

*/s/ Arthur K. Shaffer*