## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MONTI L. BELOT**
**Judge**

August 19, 2009

111 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
(316) 269-6519

Arthur K. Shaffer
Intellectual Property Center, LLC
9233 Ward Parkway, Suite #100
Kansas City, MO 64114

Catherine F. Hoffman
Mayback & Hoffman, PA
5722 S. Flamingo Road, #232
Fort Lauderdale, FL 33330

David A. Lunceford
David A. Lunceford, PC
201 NE 1st St.
Lees Summit, MO 64063

    Re: Himoinsa Power Systems, Inc. et al v. Power Link Machine Co., Ltd., Case No. 08-02601-MLB-DJW

Dear Counsel:

    This letter is to inform you that Judge Melgren transferred your case to me on August 18, 2009. Please submit hard copies of all pending motions and exhibits (Docs. 11, 12, 19, 20, 24) and the pretrial order, if any, by August 26.

                                 Very truly yours,

                                 s/ Monti Belot

                                 Monti L. Belot

MLB/sw